THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v STANLEY R. KIMS, II, Respondent-Appellant.

Submitted June 30, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Mark C. Davison, Esq. care of Davison Law Office, 61 North Main Street, Suite C, PO Box 652, Canandaigua, New York 14424 assigned as counsel to the respondent-appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v URSELINA KING, Appellant.

Submitted July 28, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE LETIZIA, Appellant.

Submitted August 11, 2014; decided August 28, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed upon the ground that no application for leave to appeal pursuant to CPL 460.20 will lie from an order of a single Justice of the Appellate Division denying leave to appeal to that Court pursuant to CPL 460.15.